IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.52.100.233

**ISP:** Verizon Internet Services
**Physical Location:** West Chester, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/21/2018 19:24:34 | 3C9A3582945CC59930CBAB28D5B84CE4182F0DCC | Everybody Plays Three Ways |
| 02/15/2018 14:32:13 | A4EEB5749D0FC312E93B52FA6D03240F1AEB6862 | Slippery When Wet |
| 01/22/2018 00:42:01 | 63B61BFF7225C43590EB4868994DC4527F0570AF | Your Fantasy Awaits |
| 01/06/2018 14:50:14 | 169B0605FFB89C7B2FF7DF537ABEA1CE34C796DC | Hot and Wet |
| 12/25/2017 13:44:08 | 4346FE370C9280CA811CB1B34C136E6B177ADD26 | Red Hot Christmas |
| 06/26/2017 16:57:05 | 545979596C742318F435B9D56C5159A3E56C9479 | An Afternoon Inside Kim |

**Total Statutory Claims Against Defendant: 6**