Copyrights-In-Suit for IP Address 108.52.100.233

**ISP:** Verizon Internet Services
**Location:** West Chester, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Everybody Plays Three Ways | PENDING | 03/16/2018 | 03/28/2018 | 03/21/2018 |
| Slippery When Wet | PENDING | 02/14/2018 | 03/05/2018 | 02/15/2018 |
| Your Fantasy Awaits | PENDING | 01/19/2018 | 02/01/2018 | 01/22/2018 |
| Hot and Wet | PENDING | 01/06/2018 | 01/11/2018 | 01/06/2018 |
| Red Hot Christmas | PENDING | 12/23/2017 | 01/03/2018 | 12/25/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 06/26/2017 |

**Total Malibu Media, LLC Copyrights Infringed: 6**